IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DYRONG GODBOLD                                                                              PETITIONER
ADC #103631

V.                                               NO. 2:05cv00063 SWW

LARRY NORRIS, Director,                                                                 RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended, (docket entries #1, #17) in its entirety, with prejudice.

IT IS SO ORDERED this 1st day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE